■ JOHN WOODMAN, Respondent-Appellant, v. FACTORY MUTUAL LIABILITY INSURANCE COMPANY OF AMERICA, Appellant, and MILWAUKEE INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Respondent.— Judgments affirmed, that entered January 18, 1968 with costs to respondent and that entered November 4, 1968, without costs; on the opinion of CRANGLE, J., at Trial Term (55 Misc 2d 750). Gibson, P. J., Herlihy, Reynolds, Aulisi and Greenblott, JJ., concur.